UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER BABOOLAL, § § § | |
| v. § § § | CIVIL ACTION NO. 4:20-CV-03783 |
| RISE FACILITIES § MANAGEMENT GROUP, LLC, § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiff Jennifer Baboolal and Defendant Rise Facilities Management Group, LLC. file this Joint Motion to Dismiss with Prejudice, and in support thereof show the following:

The parties have settled this matter in its entirety, and desire that all claims which have (or could have been) asserted in this action be dismissed with prejudice. The parties have agreed to bear their own court costs and attorneys' fees. Accordingly, the parties respectfully request that the Court grant this Joint Motion to Dismiss, and dismiss with prejudice all claims which have (or could have been) asserted in this lawsuit.

Respectfully submitted,

ROSENBERG | SPROVACH

/S/ GREGG M. ROSENBERG (WITH PERMISSION)

_____

GREGG M. ROSENBERG
ATTORNEY-IN-CHARGE
TBA No. 17268750
S.D. Tex. Bar No. 7325
gregg@rosenberglaw.com
3518 Travis Street, Suite 200
Houston, Texas 77002
Telephone: (713) 960-7002
Facsimile: (713) 621-6670
ATTORNEY FOR PLAINTIFF,
ALAN KIRSHNER

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

_____

GREGORY GODKIN
Texas State Bar No. 24002146
S.D. Tex. Bar No. 23605
ggodkin@rmwbh.com
317 Grace Lane, Suite 140
Austin, Texas 78746
Telephone: (512) 279-7344
Facsimile: (713) 840-9404
ATTORNEY FOR DEFENDANT,
RISE FACILITIES MANAGEMENT GROUP, LLC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below through the court's ECF service system or as indicated below on the 29th day of April 2021.

***Via Email***
Gregg M. Rosenberg
Rosenberg | Sprovach
3518 Travis Street, Suite 200
Houston, Texas 77002
gregg@rosenberglaw.com

                                          Gregory Godkin