UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER BABOOLAL, § § § | |
| v. § § § | CIVIL ACTION NO. 4:20-CV-03783 |
| RISE FACILITIES § MANAGEMENT GROUP, LLC, | |

## ORDER

Before the Court in this employment-discrimination case is a Joint Motion to Dismiss with Prejudice filed by Plaintiff Jennifer Baboolal and Defendant Rise Facilities Management Group, LLC. The Motion is hereby granted.

All claims that are asserted (or could have been asserted) in this lawsuit are hereby dismissed with prejudice. The parties shall bear their own costs. All relief not requested herein is denied. This is a final order.

Signed on this __30th__ day of _____April_____ 2021.

_____
Hon. Charles Eskridge, Jr.
United States District Judge